**Zettie ADAMS, Appellant,**

v.

**DIVISION OF FAMILY SERVICES, Respondent.**

**No. 49267.**

Missouri Court of Appeals, Eastern District, Southern Division.

Oct. 29, 1985.

Motion for Rehearing and/or Transfer Denied Dec. 10, 1985.

Application to Transfer Denied Jan. 15, 1986.

Scott E. Walter, Jackson, for appellant.

Michael A. Price, Cape Girardeau, for respondent.

## ORDER

**PER CURIAM.**

Mother appeals from an order of the juvenile court terminating her parental rights to three minor children pursuant to § 211.442 *et seq.*, RSMo.Cum.Supp.1984. An extended opinion would be of no precedential value, and the judgment is affirmed in accordance with Rule 84.16(b).